# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:19-cv-00058-WMR
## Aladdin Manufacturing Corporation v. Brumlow Mills, Inc.
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Chambers on 10/22/2019.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 2:50 P.M.
TIME IN COURT: 00:20
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Wesley Achey representing Aladdin Manufacturing Corporation |
| | Sean Bedford representing Aladdin Manufacturing Corporation |
| | Preston Heard representing Brumlow Mills, Inc. |
| | David Sudderth representing Brumlow Mills, Inc. |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court inquired if parties would consent to appointing a special master to advise on the more technical aspects of the patent dispute; both sides agreed it would be helpful, but they first need to confer with their clients. The Court asked parties to please advise by Monday, Oct 28th as to proceeding with a special master and using the proposed selection procedure to narrow down a candidate. If either |

|  |  |
|---|---|
|  | party does not wish to go forward, they are instructed to remit a letter to the Court as to why and copy opposing counsel. The Court noted if a special master is not used, it will set a hearing date for shortly after the markman briefing ends (on 3/12/20). |
| HEARING STATUS: | Hearing Concluded |