# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| ALADDIN MANUFACTURING CORPORATION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BRUMLOW MILLS, INC.,  )<br>)<br>Defendant.  )<br>) | CIVIL ACTION FILE<br>Case No. 4:19-cv-00058-WMR |

## JOINT MOTION FOR LEAVE TO FILE CLAIM CONSTRUCTION BRIEFS IN EXCESS OF TWENTY-FIVE PAGES

Plaintiff Aladdin Manufacturing Corp. and Defendant Brumlow Mills, Inc. hereby respectfully request leave to file their respective Opening Claim Construction Briefs pursuant to Local Patent Rule 6.5(a) and the Scheduling Order in this matter (Dkt. 14) in a length exceeding twenty-five (25) pages.

Local Rule 7.1(D) states that, "[a]bsent prior permission of the Court, briefs filed in support of a motion or in response to a motion are limited in length to twenty-five (25) pages." It is unclear whether this limitation applies to claim construction briefs, because claim construction briefs are filed as directed by Local Patent Rule 6.5 and not in support of a discrete motion. The nature of the patent

claim construction process and the number of individual terms that require construction vary from case to case, and the Local Patent Rules do not include any limitations on the length of claim construction briefs. However, in an abundance of caution, and to the extent that leave of Court is necessary, the parties respectfully request leave of this Court to allow each party twenty-seven (27) pages for their respective Opening Claim Construction Briefs.

The requested additional pages are necessary because of the volume of terms at issue. There are eighteen (18) disputed terms that the parties have jointly proposed for construction. The parties have met and conferred and determined that a modest two-page extension will be sufficient to address all eighteen terms. Accordingly, to the extent that this Court finds that the page limitations of L.R. 7.1(D), NDGa. are applicable to claim construction briefs, the parties respectfully request that each party be permitted to file an Opening Claim Construction Brief of no more than twenty-seven (27) pages long.

A proposed order is attached to this Motion as Exhibit A for the Court's convenience.

Respectfully submitted, this 21st day of February, 2020,

| */s/ Sean B. Bedford* | */s/ Preston H. Heard* |
|---|---|
| Wesley C. Achey<br>  Ga. Bar No. 141284<br>  Wes.Achey@alston.com<br>Matthew W. Howell<br>  Ga. Bar No. 607080<br>  Matthew.Howell@alston.com<br>Sean B. Bedford<br>  Ga. Bar No. 807127<br>  Sean.Bedford@alston.com<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA  30309-3424<br>Telephone:  (404) 881-7000<br>Facsimile: (404) 881-7777<br><br>*Attorneys for Plaintiff/*<br>*Counterclaim Defendant*<br>*Aladdin Manufacturing Corp.* | D. Scott Sudderth<br>  Ga. Bar No. 690760<br>  Scott.Sudderth@wbd-us.com<br>Preston H. Heard<br>  Ga. Bar No. 476319<br>  Preston.Heard @wbd-us.com<br>WOMBLE BOND DICKINSON (US) LLP<br>271 17th Street, NW, Suite 2400<br>Atlanta, GA 30363<br>Telephone: (404) 862-7527<br>Facsimile: (404) 879-2966<br><br>*Attorneys for Defendant/*<br>*Counterclaim Plaintiff*<br>*Brumlow Mills, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, I electronically filed the above document with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

/s/ Sean B. Bedford
_____
Sean B. Bedford
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

*Counsel for Plaintiff*
*Aladdin Manufacturing Corp.*

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

I hereby certify that the foregoing document is written in 14-point Times New Roman font in accordance with Local Rule 5.1.

/s/ Sean B. Bedford
_____
Sean B. Bedford
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

*Counsel for Plaintiff*
*Aladdin Manufacturing Corp.*

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Plaintiff and Defendant have met and conferred in connection with this joint statement. Counsel for Defendant has agreed to the content and form of this statement and have provided consent to this filing.

*/s/ Sean B. Bedford*

Sean B. Bedford
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

*Counsel for Plaintiff*
*Aladdin Manufacturing Corp.*